UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>            Plaintiff,<br>v.<br><br>KAMALA HARRIS, et al.,<br><br>            Defendants. | Case No. 5:14-cv-00718-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 14)** |

The court held a case management conference earlier today. No party appeared. Nor did any party submit a case management statement. Plaintiff Eleazar Villegas shall show cause in writing within fourteen days why this case shall not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 10, 2014

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge